

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 5, 2019**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| MH Direct, Inc., | § | CASE NO.    18-70276-HDH-11 |
| | § | |
| | § | |
| Debtor-in-Possession. | § | |

### Order Dismissing Case

Came on for hearing, the *United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112(b)* ("Motion to Dismiss") [docket no. 40] and Debtor's *Amended Motion for Sanctions for Willfully Violating the Automatic Stay* ("Motion for Sanctions") [docket no. 51].   On May 20, 2019, the Court entered its *Order Resetting Hearing on the United States Trustee's Motion to Dismiss* and *Debtor's Amended Motion for Sanctions for Willfully Violating the Automatic Stay*

("Order"). [docket no. 65].  The Order directed Debtor to retain new bankruptcy counsel no later than Wednesday, June 5, 2019.  Order at *2.  The Order further directed that, if Debtor's new bankruptcy counsel did not file a notice of appearance by the June 5, 2019 deadline, "the United States Trustee shall upload a certificate of noncompliance along with a proposed order dismissing this case." *Id*.

On June 10, 2019, the United States Trustee filed a *Certificate of Noncompliance* certifying that Debtor's new bankruptcy counsel did not file a notice of appearance by the June 5, 2019 deadline.  It is therefore

ORDERED that, in accordance with 11 U.S.C. § 1112(b)(4)(E), this case shall be DISMISSED without prejudice.

### End of Order ###


Form of Order Prepared By:

Erin Marie Schmidt
Trial Attorney, TX 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov